UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOUIS RANDOLPH, a.k.a. CLYDE LEWIS<br><br>                Petitioner,<br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                Respondents. | Case No. 2:24-cv-00106-GMN-MDC<br><br>ORDER |

Petitioner has filed a Motion for Copies asking the Court to provide him with copies of the exhibits he submitted with his Petition for a Writ of Habeas Corpus in this case. ECF No. 7. The Petitioner's Motion for Leave to Proceed *In Forma Pauperis* indicates that he lacks the funds to pay the Court's standard fee for copies of documents. ECF No. 2. In addition, the exhibit comprises a modest number of pages.

IT IS THEREFORE ORDERED that Petitioner's Motion for Copies (ECF No. 7) is GRANTED. The Clerk of Court is directed to produce a copy ECF No. 2-2 and send the copy to the Petitioner at High Desert State Prison, via the U.S. Mail, making sure to include "aka Clyde Lewis" and the Petitioner's prison number (48875) on the address label.

DATED this 23 day of May, 2024.

_____
U.S. District Judge Gloria M. Navarro